AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 10:29 am, Apr 30, 2025

United States of America
v.

ERIC MENDOZA,

Defendant

)
)
)
)
)
)

Case: 1:25-cr-121
Assigned To: Chutkan, Tanya S.
Assign Date: 4/29/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ERIC MENDOZA
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1), Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

21 U.S.C. §§ 841(a)(1), (b)(1)(C), Unlawful Possession with Intent to Distribute N,N-Dimethylpentylone

18 U.S.C. § 924(c)(1)(A)(i), Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense

Date: 04/29/2025

2025.04.29
15:54:54 -04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, DC

Moxila A Upadhyaya, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 4/29/25, and the person was arrested on *(date)* 6/30/25
at *(city and state)* Washington, DC

Date: 6/30/25

*Arresting officer's signature*

Ryan Owens DUSM
*Printed name and title*