UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 25-cr-121 (TSC)** |
| **v.** : | |
| : | |
| **ERIC MENDOZA,** : | |
| : | |
| **Defendant.** : | |

### JOINT MOTION FOR TEMPORARY RELEASE OF DEFENDANT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, jointly with counsel to Defendant Eric Mendoza, hereby move the Court to temporarily lift the pre-trial detention order for Defendant entered on July 14, 2025. This request of the Court is made so that the Defendant may be released from District of Columbia custody and received into custody by the State of Maryland.

On July 7, 2025, at the Defendant's continued detention hearing before the Court, the parties agreed that the Defendant would concede pre-trial detention in the instant case for the limited purpose of effectuating his transfer to the State of Maryland. On July 11, 2025, the parties jointly moved for the Defendant's pre-trial detention, while acknowledging his right to renew his pre-trial motion for release at a later date. *See* ECF No. 12. The Honorable G. Michael Harvey granted this motion on July 14, 2025.

The parties have determined that State of Maryland authorities will only receive custody of the Defendant upon the Court's temporary lift of its order of detention so that District of Columbia authorities may release custody of the Defendant directly into the custody of State of Maryland authorities at the Defendant's current detention facility.

The parties additionally request that upon the transfer of custody from the District of Columbia to the State of Maryland, that the Court re-enter its detention order for the pendency of

1

the Defendant's pending State of Maryland criminal charges, while also acknowledging the Defendant's right to renew his motion for his pre-trial release in the present case at a later stage in the proceedings.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/ Matthew W. Kinskey
MATTHEW W. KINSKEY
Assistant United States Attorney
D.C. Bar No. 1031975
United States Attorney's Office
Violent Crime & Narcotics Trafficking Section
601 D Street, NW
Washington, D.C. 20530